UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOAN FALLON,

      Plaintiff,

- against -

NATIONAL PASSENGER RAILROAD CORP. d/b/a
AMTRAK,

      Defendant.
------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

07 CV 3424 (J. CASTEL)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation a/k/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

> Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated:    New York, New York
             June 11, 2007

                                        Respectfully submitted,

                                        LANDMAN CORSI BALLAINE & FORD P.C.

                        By: _____
                                        Mark S. Landman
                                        Attorneys for Defendant Amtrak
                                        120 Broadway, 27th Floor
                                        New York, New York 10271-0079
                                        (212) 238-4800

442679.1 DocsNY

To:      Jeffrey B. Gold, Esq.
           GOLD, STEWART, KRAVATZ, BENES & STONE, LLP
           1025 Old Country Road, Suite 301
           Westbury, New York 11590
           (516) 512-6333

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    **MIRIAM DEIKUN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at QUEENS, NEW YORK.

    That on the 11TH day of June, 2007, deponent served the within **RULE 7.1 STATEMENT**

upon

        Jeffrey B. Gold, Esq.
        GOLD, STEWART, KRAVATZ, BENES
        & STONE, LLP
        1025 Old Country Rd, Suite 301
        Westbury, New York 11590

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                  Miriam Deikun

Sworn to before me this
11th day of June, 2007

_____
Notary

ERIKA C. BROWNE
NOTARY PUBLIC, State of New York
No. 02BR6160682
Qualified in New York County
Commission Expires Feb. 12, 2011