UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JOAN FALLON,

              Plaintiff,

           - against -

NATIONAL PASSENGER RAILROAD
CORP. d/b/a AMTRAK,

              Defendant.
------------------------------------------------------X

**NOTICE OF APPEARANCE**

07-CV-3424 (PKC)

**PLEASE TAKE NOTICE** that on behalf of defendant National Passenger Railroad

Corporation, d/b/a Amtrak, the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents

required to be served in this action upon the defendant should be served upon the undersigned.

Dated:    New York, New York
           June 18, 2007

                Yours, etc.

                LANDMAN CORSI BALLAINE & FORD P.C.

By:    _____
                Ameet B. Kabrawala (AK 2976)
                Attorneys for Defendant Amtrak
                120 Broadway, 27th Floor
                New York, NY 10271
                (212) 238-4800

TO:    Jeffrey B. Gold, Esq.
        GOLD, STEWART, KRAVATZ, BENES & STONE, LLP
        1025 Old Country Road, Suite 301
        Westbury, New York 11590
        (516) 512-6333

442993.1 DocsNY

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )


    **MIRIAM DEIKUN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at QUEENS, NEW YORK.

    That on the 18TH day of June, 2007, deponent served the within **NOTICE OF APPEARANCE**

upon

        Jeffrey B. Gold, Esq.
        GOLD, STEWART, KRAVATZ, BENES
        & STONE, LLP
        1025 Old Country Rd, Suite 301
        Westbury, New York 11590

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

Miriam Deikun

Sworn to before me this
18th day of June, 2007

Notary

JELENA BRIGIDA
Notary Public, State of New York
No. 01BR6156932
Qualified in Kings County
Commission Expires Dec. 4, 2010