# LANDMAN CORSI BALLAINE & FORD P.C.
A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

AMEET B. KABRAWALA
ASSOCIATE

TEL: (212) 238-4870
EMAIL: akabrawala@lcbf.com

120 BROADWAY
27TH FLOOR
NEW YORK, NY
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
Newark, NJ 07102
Tel: (973) 623-2700

33 Arch Street
Philadelphia, PA 19103
Tel: (215) 561-8540

**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07

July 26, 2007

**By Hand**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

RECEIVED
JUL 27 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Re: Joan Fallon. v. National Passenger Rail Road Corp.
07-cv-03424 (PKC)

Dear Judge Castel:

Please be advised that we represent defendant National Railroad Passenger Corporation ("Amtrak") in the above referenced matter. We are writing to respectfully request a thirty day extension of the July 31, 2007 deadline for conducting depositions, to August 31, 2007. This is the first request for an extension of a deadline in this case. Plaintiff's counsel, Jeffrey Gold, Esq., consents to this request.

We request this extension because we are currently awaiting receipt of plaintiff's medical records from non-party providers. To date, we have received some of plaintiff's medical records, however, we believe more relevant records are outstanding. Once those records are received, we will schedule plaintiff's deposition. We do not anticipate that this will affect the fact discovery deadline, which is currently September 30, 2007, nor the Case Management Conference scheduled for October 26, 2007.

Accordingly, we respectfully request that the Court extend the existing deadline by which depositions must be completed to August 31, 2007. We thank you for your consideration of this

*Application granted. SO ORDERED.*
*P. Kevin Castel, USDJ*
*7-27-07*

445257.1 DocsNY

**Landman Corsi Ballaine & Ford P.C.**

Honorable P. Kevin Castel
July 26, 2007
Page 2

request and await your decision.

Respectfully submitted,

Ameet B. Kabrawala (AK2976)

cc:   Via Facsimile: (516)-512-6334
      Jeffrey Gold, Esq.

445257.1 DocsNY