```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOAN FALLON,

                Plaintiff,

    -against-

NATIONAL PASSENGER RAIL ROAD
CORP. d/b/a AMTRAK,

                Defendant.
-----------------------------------------------------------X

**STIPULATION**

Case Number:
07 Civ. 3424 (PKC) (HBP)

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned that this case against NATIONAL PASSENGER RAIL ROAD CORP. d/b/a AMTRAK is dismissed with prejudice.

Dated: September 28, 2007

_____
Jeffrey B. Gold, Esq. (JBG - 9671)
GOLD, STEWART, KRAVATZ, BENES &
STONE, LLP
Attorney for Plaintiff
JOAN FALLON
1025 Old Country Road, Suite 301
Westbury, New York 11590
(516)512-6333

_____
By: Ameet B. Kabrawala (AK2976)
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway
27th Floor
New York, New York 10271
(212)238-4800

SO ORDERED: _____
                      U.S.D.J.